UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JUN 15 2000
NANCY DOHERTY, CLERK

| | | |
|---|---|---|
| CHILDREN OF ISKCON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: _____ |
| | § | |
| ISKCON, a d/b/a of | § | 3-00CV1254-T |
| THE INTERNATIONAL SOCIETY | § | |
| FOR KRISHNA CONSCIOUSNESS, et | § | |
| al., | § | |
| | § | |
| Defendants. | | |

ENTERED ON DOCKET
JUN 15 2000
U.S. DISTRICT CLERK'S OFFICE

## ORDER PROHIBITING DESTRUCTION OR SPOLIATION OF EVIDENCE

Came before this Court on this _15_ day of _June_, 2000, Plaintiffs' request for Order Prohibiting Destruction or Spoliation of Evidence. The Court, having considered the pleading on file and the argument of counsel, is of the opinion that the request should be GRANTED and that an Order should issue. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendants are hereby ORDERED and instructed not to destroy, discard, or spoil any documents or records, whether written, recorded, or stored electronically, that may be or may become relevant to any issue in this suit or that may lead to the discovery of admissible evidence. This Order shall be

ORDER PROHIBITING DESTRUCTION OR SPOLIATION OF EVIDENCE - Page 1
fj06080019.wpd

effective against all named Defendants in this suit. The Court further orders Defendants to instruct any affiliated companies, persons, agents, or other parties under their influence or control to cease and desist from the destruction, discarding, or spoiling of any such documents or records.

Defendants are further ORDERED that they are not to transfer custody of any documents or the originals of any such records, whether, written, recorded, or stored electronically, to any other party for the purpose or expectation of destruction, discarding, or spoiling such documents or records.

Signed this __15__ day of __June__, 2000.

_____
JUDGE PRESIDING